# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138578

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re Estate of LAWRENCE PAUL DOSS,
Deceased.

_____

JUDITH YOUNG DOSS,
                Petitioner-Appellant,

v

                                   SC: 138578
                                   COA: 277982
                                   Wayne Probate Court:
                                   2001-642445-DE

LAWRY NICOLE DOSS,
                Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009                                                  
                                              Clerk

s0720